**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **SERVBANK, SB,** *Plaintiff,* | § | |
| **v.** | § | **MO:25-CV-00008-DC** |
| **UNITED STATES OF AMERICA, DUSTIN LEE HARRIS, BRANDIE GREATHOUSE,** *Defendants.* | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is United States Magistrate Judge Ronald C. Griffin's Report and Recommendation[1] ("R&R") concerning Plaintiff Servbank, SB's want of prosecution.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure de novo review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error.[2] No objection having been filed, the Court's review is straightforward: clear error.

The Court finds no error in the R&R's analysis. However, as the United States asserted counterclaims that were not subject to dismissal under Rule 41, dismissal of the entire case is improper. Accordingly, the Court **ADOPTS** the R&R as modified[3] and

---

[1] Doc. 26.
[2] *See* Fed. R. Civ. P. 72 advisory committee's note to 1983 addition ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").
[3] *See* 28 U.S.C. § 636(b)(1)(c); Fed. R. Civ. P. 72(b)(3).

**ORDERS** that Servbank, SB's claims be **DISMISSED without prejudice**. Defendant United States' counterclaims will remain pending for adjudication.

It is so **ORDERED**.

SIGNED this 22nd day of November, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE